THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**JASAEL FIGUEROA-FIGUEROA,**<br><br>Defendant. | **Crim. No. 24-214 (ADC)** |

**OPINION AND ORDER**

**I.  Procedural Background**

On January 27, 2025, defendant Jasiel Figueroa-Figueroa ("defendant") filed a "Motion to Suppress and Request for Evidentiary Hearing." **ECF No. 21**. The same was referred to a Magistrate Judge for a report and recommendation ("R&R") on January 28, 2025. **ECF No. 27**. Defendant filed a response and a second motion to suppress on March 21, 2025, to which the government responded on March 24, 2025. **ECF Nos. 43, 46**. After procedural matters taken care of, the parties reported being ready for the evidentiary hearing and the same was held on August 11, 2025. **ECF No. 67**.

The Magistrate Judge issued her R&R on November 4, 2025. **ECF No. 73**. At the November 15, 2025 pre-trial conference, the parties reported that no objections were anticipated. The time to object elapsed on November 18, 2025.

## II. Legal Standard

Absent objections, the Court is free to adopt a report and recommendation's factual and legal determinations. *See M. v. Falmouth School Department*, 847 F.3d 19, 25 (1st Cir. 2017) ("Absent objection ... a district court has a right to assume that the affected party agrees to the magistrate's recommendation.") (cleaned up); *see also Roy v. Hanks*, No. 22-1302, 2023 WL 3166353, at *1 (1st Cir. Mar. 6, 2023) ("Only those issues fairly raised by… objections to the magistrate's report are subject to review in the district court….") (quoting *Falmouth*); *United States v. Maldonado-Pena*, 4 F.4th 1, 20 (1st Cir. 2021) ("[W]hen, as here, a party fails to file an objection to an R&R, the party has waived any [appellate] review of the district court's decision.") (citing *United States v. Díaz-Rosado*, 857 F.3d 89, 94 (1st Cir. 2017)).

## III. Conclusion

Accordingly, having performed a review of the R&R and the record, the Court **ADOPTS** the R&R at **ECF No. 73** and **DENIES** defendant Jasael Figueroa-Figueroa's motion to suppress evidence at **ECF No. 25**, as per the Magistrate Judge's findings and recommendation.

**SO ORDERED**.

At San Juan, Puerto Rico, on this 9th day of January 2025.

                                                **S/AIDA M. DELGADO-COLÓN**
                                                **United States District Judge**